# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ABRAHAM BLANCAFLOR MEDINA,**

      **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　Case No:   6:14-cv-2114-Orl-22TBS

**ROD HILL, J.W. MARRIOTT, JR.,
MARRIOTT VACATION CLUB and
MARRIOTT INTERNATIONAL, INC.,**

      **Defendants.**

## ORDER

This cause is before the Court for consideration of the United States Magistrate Judge's Report and Recommendation ("R&R") (Doc. No. 18), filed on August 27, 2015.  Plaintiff has filed an Objection (Doc. No. 19) to the R&R.

After an independent *de novo* review of the record in this matter, including the Plaintiff's objections, the Court agrees entirely with the findings of fact and conclusions of law in the R&R. Plaintiff failed to comply with court directives, failed to properly serve any of the Defendants within the time required by the Federal Rules of Civil Procedure, failed to show good cause for his failure to effect service of process, and (prior to the issuance of the R&R) failed to seek an extension of time to serve the Defendants.  Further, the Court does not discern any factors that independently warrant extending the time for service of initial process.

Therefore, it is **ORDERED** as follows:

    1.    The Report and Recommendation filed August 27, 2015 (Doc. No. 18), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    This case is **DISMISSED, WITHOUT PREJUDICE**.

    3.    The Clerk shall terminate any pending motions.

4. The Clerk shall close the case.

**DONE** and **ORDERED** in Orlando, Florida on September 22, 2015.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties

- 2 -